UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * 

Nicholas Dennen,

Plaintiff,

vs.

City of Duluth, S.R. Peterson, John Does,

Defendants.

NOTICE OF STATUS CONFERENCE

Civ. No. 00-2731 (PAM/RLE)

* * * * * * * * * * * * * * * * * * 

At Duluth, in the District of Minnesota, this 28th day of August, 2001.

* * *

The Status Conference set for September 5, 2001, at 9:00 a.m., is reset to **Thursday, September 27, 2001, at 1:00 p.m.** This Conference may be conducted by telephone, and the Court will leave it to the parties to make the appropriate arrangements.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(13)