UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 00-2731 PAM/RLE

Nicholas Dennen,

Plaintiff,

v.

**ORDER**

City of Duluth, S.R. Peterson, John Does,

Defendants.

This matter came before the Court pursuant to Plaintiff's written request for modification of the deadline for briefing the dispositive Motions served and filed by the Defendants in this matter. Based upon the file, records and proceedings herein, this Court hereby makes the following Order:

**IT IS HEREBY ORDERED:**

1. That it is appropriate based upon the record herein and the retention of new lead counsel for the Plaintiff that modification of the deadline for responding to the dispositive Motions of the Defendants' is appropriate and is hereby ordered.
2. That the Plaintiff shall respond to the dispositive Motions of the Defendants by March 7, 2002, which is one week after the close of discovery under the Scheduling Order established by Magistrate Judge Erickson in this matter.
3. That the Defendants shall have until March 21, 2002, to serve and file a reply memorandum with respect to the dispositive Motions.
4. That the moving party shall obtain a hearing date from the calendar clerk consistent with Local Rule of Federal Civil Procedure 7.1(b)(2)(D).

FILED OCT 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS SO ORDERED:**

BY THE COURT:

Dated: October 16, 2001

The Honorable Paul A. Magnuson